COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LYNDA ROSEMAN (surrender)    CASE NO: 00-6128-CR-DIMITROULEAS

AUSA: JEFFREY KAPLAN - *pres*    ATTY: RUBEN GARCIA - *pres*

AGENT:    VIOL: 18:1014

PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND 100,000

BOND HEARING HELD - yes/no *stip*    COUNSEL APPOINTED

BOND SET @ 100,000 PSB

FILED by __ D.C.
MAY 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS / x's a wk/month by phone; *as directed* x's a wk/month in person
3) Travel extended to: (4) surrender passports

Advised of charges

Waiver of indictment executed
in open court

Reading of Indictment Waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF: N/A

Date: 5/22/00    Time 11:00    FTL/LSS TAPE #00- 025    Begin: 1828    End: 1980