AO 455 (REV. 5-85) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LYNDA ROSEMAN

**WAIVER OF INDICTMENT**

CASE NUMBER: **00-6128**

**CR-DIMITROULEAS**    MAGISTRATE JUDGE SNOW

I, LYNDA ROSEMAN, the above named defendant, who is accused in both Counts I and II with making false statements for the purpose of influencing the actions of SunBank/South Florida, N.A., (now known as SunTrust), whose deposits were then insured by the Federal Deposit Insurance Corporation, and in order to assist another person in obtaining a loan; all in violation of Title 18, United States Code, Section 1014, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-22-00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Lynda Roseman_
Defendant

_[signature]_
Counsel for Defendant

Before _Lurana S. Snow_
Judicial Officer