

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6128-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

LYNDA ROSEMAN

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __ON BOND FORM_____

                   _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:____RUBEN GARCIA, ESQ._____

                   Address:_____

                   _____

                   Telephone:_____

BOND SET:          $_/00,000_ PSB_____

Bond hearing held: yes_____ no_X__ Bond hearing set for_____

Dated this __22ND__ day of __MAY_____, 2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_Jenny Butti,_____
                                 Deputy Clerk

                              Tape No.____00-_C25_____

cc: Copy for Judge
    U. S. Attorney