UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55315-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6128-D*MITROULEAS*
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
LYNDA ROSEMAN )
Defendant

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
U.S. District Court              (circle one)

FILED by _____ D.C.
MAY 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR.

(1) Date and Time of Arrest: 5-22-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BANK FRAUD

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 5-4-58

(6) Type of Charging Document: (check one) INFORMATION
[ ] Indictment  [ ] Complaint  To be filed/Already filed
Case#

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ 100,000 P.S.
Who set Bond: SNOW

(7) Remarks: _____

(8) Date: 5-22-00  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____