UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                                      CASE NO. 00-6128-CR-DIMITROULEAS

LYNDA ROSEMAN

TYPE OF CASE:                     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                    COURTROOM 203E
FT. LAUDERDALE, FL 33301                 DATE & TIME:
                                        **JUNE 12, 2000 AT 1:00 P.M.**

TYPE OF        CHANGE OF PLEA
HEARING:

                                        CLARENCE MADDOX,
                                        CLERK OF COURT

DATE:      May 31, 2000                 BY DEPUTY CLERK

cc: Jeffrey Kaplan, AUSA
    Ruben Garcia, Esq.

