**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00 -6128 CR-WPD    DATE: June 12, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Bonnie

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Lynda Kaseman

U.S. ATTORNEY: Jeff Kaplan    DEFT. COUNSEL: Ruben Garcia

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Counts #2

Court adopts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/1/00    TIME: 11:00    FOR: Sentencing

MISC: Written plea agreement