```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FT. LAUDERDALE DIVISION

              CASE NO. 00-6128-CR-DIMITROULEAS
                 MAGISTRATE JUDGE SELTZER
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LYNDA ROSEMAN,

        Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

The Defendant, LYNDA ROSEMAN, by and through undersigned counsel moves this Honorable Court to continue her sentencing date and as grounds states as follows:

1. The Defendant is scheduled to be sentenced September 1, 2000. The Defendant is not detained.

2. Undersigned counsel is presently in trial before the Honorable Patricia A. Seitz in the case of UNITED STATES OF AMERICA v. FALCON and MAGLUTA et al, CASE NO. 99-583-CR-SEITZ. This motion is filed on short notice because Friday, September 1st, 2000 was originally to be **not a trial date** and counsel expected to be available to appear for Ms. Roseman's sentencing. It was not until adjournment on Tuesday, August 29, 2000 that the jury notified the Court of their decision to work on Friday, September 1, 2000.

3. The trial is in it's 8th week and has progressed to closing arguments which are expected to conclude on Thursday, August 31 or Friday, September 1, 2000. Jury deliberation will begin immediately upon conclusion of the Government's rebuttal and defense motions.



4. Undersigned counsel must remain in Miami until a verdict is reached as the Court has directed that all counsel remain on a 15 minute call while the jury deliberates. This is a 5 defendant, 39 Count(s) case. The Government presented 66 witnesses and over two hundred exhibits -- how long the jury will be in deliberation is uncertain.

5. This motion is made in good faith and not for the purpose of delay. The Defendant is eager to bring this case to a conclusion but graciously does not object to the continuance.

Wherefore the Defendant respectfully moves this Honorable Court to continue sentencing in the instant case to a date after September 20, 2000.

Respectfully submitted

RUBEN M. GARCIA, ESQUIRE
1209 S.E. 12th Avenue
Ft. Lauderdale, Fl 33316
(954) 462-4600
FAX: (954) 462-0828
FBN: 510475

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 88.9, on August 30, 2000, undersigned counsel contacted Jeffrey Kaplan, Esquire, Assistant U.S. Attorney in charge of this case and the Government is not opposed to the granting of this motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail to Jeffrey Kaplan, Esquire, Assistant U.S. Attorney at 500 E. Broward Boulevard, Suite 700, Ft.

Lauderdale, Florida 33394 this 30th day of August, 2000.

                                                    _____
                                                    Ruben M. Garcia, Esq.