UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6128-CR-DIMITROULEAS

Plaintiff,

vs.

LYNDA ROSEMAN,

Defendant.
_____/

FILED by _____ D.C.

AUG 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER**

THIS CAUSE having been heard upon Defendant's Unopposed Motion To Continue Sentencing Date, said motion is GRANTED, in part. Sentencing is reset until September 8, 2000 at 11:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Ruben Garcia, Esquire
1209 S.E. 3rd Avenue[1]
Ft. Lauderdale, Florida 33316

Jeff Kaplan, AUSA
USPO

[1] The Court notes that counsel's address was incorrectly noted in this motion.

