**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6128-CR-WPD   DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Dedra                     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Lynda Bowman

U.S. ATTORNEY: Jeff Kaplan   DEFT. COUNSEL: Ruben Garcia

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
Time served, 3 years supervised release, with
special condition that deft must truthfully
testify if called by either side in any related
case. $37,700.00 Restitution, $500.00 Fine,
$100.00 Assessment, 50 hours Community service
per year while on Supervised Release.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Were informed of Right to Appeal.