# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**LYNDA ROSEMAN**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **0:00CR06128-001**

Ruben Garcia, Esq./Jeffrey Kaplan, AUSA
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  **1,2**
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1014 | Making False Statements for the Purpose of Influencing a Bank | 01/31/1994 | 1,2 |

FILED by ___ D.C.
SEP 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **05/04/1958**
Defendant's USM No.: **55315-004**
Defendant's Residence Address:
**3201 NE 57th Court**
**Ft. Lauderdale**

Defendant's Mailing Address:
**3201 NE 57th Court**
**Ft. Lauderdale**

09/15/2000
Date of Imposition of Judgment

*Signature of Judicial Officer*

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

September 18, 2000
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox
U.S. District Court
Southern District of Florida
By T. Dat___
Deputy Clerk
FTL 33308
Date 9-18

cr-06128-WPD    Document 18    Entered on FLSD Docket 10/04/2000    F



No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Ed Munrase
SDUSM