UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO.:00-CR-06128-001

    Plaintiff,

vs.

LYNDA ROSEMAN,

    Defendant.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

RUBEN GARCIA, ESQ. and MARK C. PERRY, ESQ. of the Law Offices of Mark C. Perry, P.A., by and through their signatures below, hereby stipulate and agree that RUBEN GARCIA shall be withdrawn as attorney of record on behalf of the Defendant, LYNDA ROSEMAN. The Law Offices of Mark C. Perry, P.A. shall be substituted as attorney of record. LYNDA ROSEMAN by and through her signature hereto, hereby agrees and concurs with the above Stipulation for Substitution of Counsel.

MARK C. PERRY, ESQUIRE
2455 E. Sunrise Boulevard
Suite 905
Ft. Lauderdale, FL 33304
(954) 564-6616
Fla. Bar No.: 251941

Dated: 10/4/00

RUBEN GARCIA, ESQ.
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
(954) 462-4600

Fla. Bar No.: 510475

Dated: 10-9-00

LYNDA ROSEMAN, Defendant
3201 N.E. 57th Court
Ft. Lauderdale, Florida 33308
Dated: 9/29/00

LAW OFFICES OF *Mark C. Perry, P.A.*, 2455 EAST SUNRISE BOULEVARD, SUITE 905, FORT LAUDERDALE, FLORIDA 33304

## CERTIFICATE OF SERVICE

The Law Offices of Mark C. Perry, P.A., by and through Mark C. Perry, hereby certify that a true and correct copy of the foregoing Stipulation for Substitution of Counsel has been forwarded by U.S. Mail to Jeffrey Kaplan, Esq., Assistant U.S. Attorney, United States Attorney's Office, 500 E. Broward Boulevard, 7th Floor, Florida 33301 and to Ruben Garcia, Esq., 1209 S.E. 3rd Avenue, Ft. Lauderdale, FL 33316 on this 13 day of October ___, 2000.

MARK C. PERRY, ESQUIRE
2455 E. Sunrise Boulevard
Suite 905
Ft. Lauderdale, FL 33304
(954) 564-6616
Fla. Bar No.: 251941