UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:00-CR-06128-001

Plaintiff,

vs.

LYNDA ROSEMAN,

Defendant.
_____/

FILED by _____ D.C.

OCT 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

**THIS CAUSE** coming before this Court upon Stipulation for Substitution of Counsel and the Court after having been advised of the premises, it is hereby;

**ORDERED AND ADJUDGED** that said Stipulation for Substitution of Counsel is hereby accepted and ratified by this Court and that Mark C. Perry of the Law Offices of Mark C. Perry, P.A., 2455 East Sunrise Boulevard, Suite 905, Ft. Lauderdale, Florida 33304, is substituted as attorney of record for Defendant Lynda Roseman and that Ruben Garcia is withdrawn as attorney of record.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida on this 16 day of October, 2000.

_____
WILLIAM P. DIMITROULEAS, UNITED
STATES DISTRICT JUDGE

Copies furnished to:

Mark C. Perry, P.A.
Ruben Garcia, Esq.
Jeffrey Kaplan, AUSA

